*Arthur K. Bolton, Attorney General,* for appellee.

### 29115. YANCEY v. STATE OF GEORGIA.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 18, 1974.

*Prentiss Ivory Davis,* for appellant.
*Bacheller Flythe, District Attorney,* for appellee.

### 29162. DENMARK v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 18, 1974.

Charles T. K. Denmark, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

### 29188. McBRIDE v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 18, 1974.